# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3473

_____

Rosie Hopkins,                          *
                                        *
            Appellant,                  *
                                        *
    v.                                  *    Appeal from the United States
                                        *    District Court for the
State of Arkansas; Arkansas             *    Eastern District of Arkansas.
Department of Community Correction;     *
David Guntharp, in his official         *    [UNPUBLISHED]
capacity,                               *
                                        *
            Appellees.                  *

_____

Submitted: July 27, 2009
Filed: August 3, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Rosie Hopkins appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Hopkins, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

of review), we conclude summary judgment was proper for the reasons stated by the district court. Accordingly, the judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B. Hopkins's motion to supplement the record on appeal is denied.

_____